**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBYN BELL AND KAYVON BELL,** ) | |
| **2832 Hartford Street, SE** ) | |
| **Washington, D.C.  20020** ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | **Civil Action No.** |
| ) | |
| **v.** ) | |
| ) | |
| **THE DISTRICT OF COLUMBIA** ) | |
| **A MUNICIPAL CORPORATION** ) | |
| **One Judiciary Square** ) | |
| **441 4th Street, N.W** ) | |
| **Washington, D.C. 20001** ) | |
| ) | |
| **To serve:** ) | |
| ) | |
| **Muriel Bowser, Mayor** ) | |
| **District of Columbia** ) | |
| **441 4th Street, N.W., 6th Floor** ) | |
| **Washington, D.C. 20004** ) | |
| ) | |
| **And** ) | |
| ) | |
| **Karl A. Racine** ) | |
| **Attorney General** ) | |
| **District of Columbia** ) | |
| **441 4th Street, 6th Floor** ) | |
| **Washington, D.C. 20004** ) | |

## <u>COMPLAINT</u>

**COMES NOW**, the Plaintiffs, Robyn Bell and Kayvon Bell, by and through their counsel,

Domiento C.R. Hill and the Law Offices of Domiento C.R. Hill, LLC, respectfully unto this

Honorable Court state as follows:

PRELIMINARY STATEMENT

1. This is an action for reimbursement of attorneys' fees and costs incurred by the Plaintiffs in their claims against the Defendant District of Columbia pursuant to the Individuals with Disabilities Education Act Act, 20 U.S.C. §§ 1400 *et seq.* ("IDEA").

2. The Plaintiffs, the prevailing parties in the underlying administrative action brought under the IDEA, reside in the District of Columbia, and seek an order from the Court ordering the reimbursement of their reasonable attorneys' fees incurred in that action.

JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to:

   a. The Individuals with Disabilities Education Act, 20 U.S.C. § § 1400-1461"IDEA").

   b. Declaratory Relief is authorized by 28 U.S.C. § § 2201 and 2202.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

PARTIES

5. Plaintiff Robyn Bell is the parent of adult student Kayvon Bell who has been deemed eligible to receive special education and its related services from the District of Columbia.

6. Kayvon Bell is a student who has been deemed eligible to receive special education and its related services from Defendant District of Columbia ("Defendant").

7. The Plaintiffs, at all times relevant to the filing of this action, have been residents of the District of Columbia and were the prevailing party in an administrative due process convened pursuant to the IDEA against the Defendant.

8. At all times relevant to the filing of this complaint, the Plaintiffs were represented by the Law Office of Domiento C.R. Hill, LLC ("Domiento C.R. Hill, LLC"), a law firm which specializes in special education law.

9. The Defendant is a municipal corporation that receive federal funds pursuant to the IDEA, *see* 20 U.S.C. § 1411, in exchange for providing a free and appropriate public education ("FAPE"), and is obliged to comply with the applicable federal regulations and statutes, including but not limited to, the IDEA. *See also* § 1412(a)(1)(A).

## FACTUAL ALLEGATIONS

10. On or about December 27, 2019 Ms. Robyn Bell and Kayvon Bell brought an administrative action alleging that the Defendant denied on a FAPE by failing to provide the student with, among other things, an appropriate Individualized Education Program ("IEP") and appropriate placement.

11. On March 24, 2020, following two days of evidentiary hearings, a Hearing Officer's Determination ("HOD") was issued in favor of Ms. Bell and Kayvon Bell which ordered the following:

    1. DCPS shall, within ten (10) school days, of the date of this order, place and fund Student at School D and provide transportation services throughout the remainder of SY 2019-2020.

    2. DCPS shall, within ten (10) school days of the date of this order, amend Student's IEP to prescribe services and an LRE in a separate special education day school.

    3. DCPS shall, within fifteen (15) business days prior to the start of SY 2020-2021,

convene an MDT/IEP meeting for Student to review Student's academic and social-emotional progress and review and revise Student's IEP as appropriate and determine an appropriate placement and school location for SY 2020-2021.

12. Plaintiffs prevailed as that term is defined in law, and Plaintiffs incurred reasonable attorney's fees and costs in the amount of $107,518.46.

## COUNT I
### (Claim for Reasonable Attorneys' Fees and Costs)

13. Plaintiffs reincorporate and re-allege paragraphs 1-12.

14. The Plaintiffs were the prevailing parties, in an administrative action against the Defendant under the IDEA.

15. As prevailing parties, the Plaintiffs are eligible to be awarded reasonable attorneys' fees by the Court under 20 U.S.C. § 1415 (i)(3)(B)(i)(1).

16. The amount of attorneys' fees "shall be based on rates prevailing in the community in which the action arose for the kind and quality of services furnished." 20 U.S.C. § 1415 (i)(3)(C).

17. The IDEA and this Court allow for the recovery of reasonable costs associated with claims brought by prevailing parties such as the Plaintiffs herein.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs respectfully requests that this Court:

18. Declare that they are the prevailing parties under the IDEA and are therefore entitled to recovery of reasonable attorneys' fees and costs;

19. Order the Defendant to pay Plaintiffs the sum of $107,518.46, reasonable attorneys' fees and costs for work on behalf of Robyn Bell and Kayvon Bell;

20. Award Plaintiffs reasonable attorneys' fees and costs for litigation associated with this Complaint, to be determined upon the timely submission of a fee petition to this Court; and

21. Award Plaintiffs any other relief that this Court deems just and proper.


Respectfully submitted,

_____*/s/ Domiento C.R. Hill*_____
Domiento C.R. Hill, Esq.
Law Offices of Domiento C.R. Hill, LLC
14652 Hawley Lane
Upper Marlboro, MD
Email: TheHillLawGroup@gmail.com
Bar ID Number: [MD14973]
*Counsel for Plaintiffs*